COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF REINSTATEMENT

Appellate case name:        Jorge Gonzalez v. The State of Texas

Appellate case number:     01-16-00490-CR

Trial court case number:   1450202

Trial court:                176th District Court of Harris County

 

This case was abated and remanded to the trial court on December 13, 2016. In the abatement order, we directed the trial court to execute an amended certification of appellant's right to appeal that complies with Texas Rule of Civil Procedure 25.2. The district clerk has filed a supplemental clerk's record containing an amended certification of appellant's right to appeal signed by the trial court judge, appellant, and his counsel. Accordingly, we REINSTATE this case on the Court's active docket.

It is so ORDERED.

Judge's signature:  _/s/ Terry Jennings_
                ☑ Acting individually     ☐ Acting for the Court

Date: February 28, 2017